IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PAULETTE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:22-cv-00214 |
| | ) |
| WALMART STORES EAST, LP | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

**I.**

COMES NOW Defendant, Walmart Stores East, LP, by counsel, and for its first paragraph of Answer to Plaintiff's Complaint for Damages, alleges and says:

1. That on or about August 10, 2021, the plaintiff, Paulette Moore, was a customer at the Walmart store located at 7502 N. Southtown Crossing, in Fort Wayne, Allen County, Indiana.

**ANSWER:** It admits the allegations set forth in paragraph 1 of Plaintiff's Complaint for Damages. .

2. That on or about August 10, 2021, the plaintiff, Paulette Moore, slipped and fell due to liquid on the floor at said location, causing the plaintiff to suffer serious injuries.

**ANSWER:** It is without sufficient information to admit or deny the allegations set forth in paragraph 2 of Plaintiff's Complaint for Damages and, therefore, denies the same.

3. That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses

and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

**ANSWER:   It denies the allegations set forth in paragraph 3 of Plaintiff's Complaint for Damages.**

4.   That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

**ANSWER:   It denies the allegations set forth in paragraph 4 of Plaintiff's Complaint for Damages.**

5.   That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

**ANSWER:   It denies the allegations set forth in paragraph 5 of Plaintiff's Complaint for Damages.**

6.   That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

**ANSWER:   It denies the allegations set forth in paragraph 6 of Plaintiff's Complaint for Damages.**

7.   That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

**ANSWER:   It denies the allegations set forth in paragraph 7 of Plaintiff's Complaint for Damages.**

2

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

**ANSWER:  It denies the allegations set forth in paragraph 8 of Plaintiff's Complaint for Damages.**

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

**ANSWER:  It denies the allegations set forth in paragraph 9 of Plaintiff's Complaint for Damages.**

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

**ANSWER:  It denies the allegations set forth in paragraph 10 of Plaintiff's Complaint for Damages.**

WHEREFORE, Defendant, Walmart Stores East, LP, by counsel, prays that Plaintiff, Paulette Moore, take nothing by way of her Complaint; that judgment be entered in its favor; for the costs of this action; and for all other just and proper relief in the premises.

## **AFFIRMATIVE DEFENSES**

**II.**

COMES NOW Defendant, Walmart Stores East, LP, by counsel, and for its second paragraph of Answer and first paragraph of Affirmative Defense to Plaintiff's Complaint for Damages, alleges and says that Plaintiff, Paulette Moore, was guilty of fault which caused or contributed to the injuries and damages of which she complains and such fault operates either to bar her claims in their entirety or to reduce her right to recover from the Defendant to the extent

of said comparative fault.

WHEREFORE, Defendant, Walmart Stores East, LP, by counsel, prays that Plaintiff, Paulette Moore, take nothing by way of her Complaint; that judgment be entered in its favor; for the costs of this action; and for all other just and proper relief in the premises.

### III.

COMES NOW Defendant, Walmart Stores East, LP, by counsel, and for its third paragraph of Answer and second paragraph of Affirmative Defense to Plaintiff's Complaint for Damages, alleges and says that Plaintiff, Paulette Moore, has failed to mitigate her damages.

WHEREFORE, Defendant, Walmart Stores East, LP, by counsel, prays that Plaintiff, Paulette Moore, take nothing by way of her Complaint; that judgment be entered in its favor; for the costs of this action; and for all other just and proper relief in the premises.

Respectfully submitted,

BARRETT McNAGNY LLP

By: */s/ Robert T. Keen, Jr.*
    Robert T. Keen, Jr., #5475-02
    215 E. Berry Street
    Fort Wayne, Indiana  46802
    Telephone: (260) 423-9551
    Fax:  (260) 423-8920
    Email:  rtk@barrettlaw.com
    *Attorney for Walmart Stores East, LP*

3354955

## CERTIFICATE OF SERVICE

  I hereby certify that I have this 5th day of July, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

                 */s/Robert T. Keen, Jr.*
                 Robert T. Keen, Jr.

3354955